1004

In re KENMORE GRANVILLE HOTEL CO., Debtors.

Nettie MEYER v. KENMORE GRAN-VILLE HOTEL CO. et al.

No. 5491.

Circuit Court of Appeals, Seventh Circuit.

May 28, 1935.

Meyer Abrams, of Chicago, Ill., for appellant.

Irving H. Flamm, Max Frederick Gold-berg, Bernard Nath, Herbert Lautmann, I. E. Ferguson, Arthur M. Cox, Claude A. Roth, and William J. Friedman, all of Chicago, Ill., for appellees.

Before SPARKS, FITZHENRY, and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for appellees, it is now here ordered, adjudged, and decreed by this court that the motion of counsel for appellees to dismiss this appeal be, and the same is hereby, suspended, and that this appeal be, and the same is hereby, dismissed, with costs.

Carroll W. KENT, Debtor, Appellant, v. Eliza-beth M. HARRIS and Mary McGill Dennis, Appellees.

No. 3841.

Circuit Court of Appeals, Fourth Circuit.

April 16, 1935.

R. H. McNeill, Geo. H. McNeill, and John W. Cleaton, all of Washington, D. C., for appellant.

Charles G. Page, of Baltimore, Md., for appellees.

PER CURIAM.

Appeal dismissed on motion of appellees. Order filed.

In the Matter of LAKE SHORE PROPER-TIES CORPORATION et al., Debtors.

Marion W. FRIEND, etc., v. LAKE SHORE PROPERTIES CORPORATION.

No. 5490.

Circuit Court of Appeals, Seventh Circuit.

May 24, 1935.

Frank E. McAllister, Morris Schaeffer, and Thomas V. Sullivan, all of Chicago, Ill., for appellants.

Ralph M. Schwartzberg, Fred Bernstein, Aleck L. Bernstein, William S. Warfield, III, Richard H. Merrick, Jacob Logan Fox, John C. Tucker, George W. Swain, Aloy-sius B. Cawley, Joseph Z. Willner, and George I. Haight, all of Chicago, Ill., for appellees.

Before EVANS, SPARKS, and FITZ-HENRY, Circuit Judges.

PER CURIAM.

It is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.